**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY | : | No. 146 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| MARIE L. CHAVANNES AND MARVIN COMOND | : | |
| | : | |
| | : | |
| PETITION OF : MARVIN COMOND | | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.